AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| WENDI MADER,<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>EMED, LLC,<br>EMED WEIGHT LOSS, LLC,<br>EMED POPULATION HEALTH, LLC,<br>EMED POPULATION HEALTH, INC.,<br>MICHAEL FERRO, and<br>JUSTIN DEARBORN,<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  1:26-CV-23258 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**MICHAEL FERRO**
**416 BRAZILIAN AVENUE**
**PALM BEACH, FL 33480-4522**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**MACDONALD LAW, PLLC**
**C/O KYLE T. MACDONALD, ESQ.**
**420 SW 7TH STREET, SUITE 1118**
**MIAMI, FL 33130**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                          *Signature of Clerk or Deputy Clerk*