AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

|  |  |  |
|---|---|---|
| WENDI MADER, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. __1:26-CV-23258__ |
| v. | ) ) ) ) | |
| EMED, LLC, EMED WEIGHT LOSS, LLC, EMED POPULATION HEALTH, LLC, EMED POPULATION HEALTH, INC., MICHAEL FERRO, and JUSTIN DEARBORN, | ) ) ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**JUSTIN DEARBORN
712 WEST SCHUBERT AVE
CHICAGO, IL 60614-1507**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**MACDONALD LAW, PLLC
C/O KYLE T. MACDONALD, ESQ.
420 SW 7TH STREET, SUITE 1118
MIAMI, FL 33130**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                          *Signature of Clerk or Deputy Clerk*