AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| WENDI MADER,<br><br>*Plaintiff(s)*<br>v.<br><br>EMED, LLC,<br>EMED WEIGHT LOSS, LLC,<br>EMED POPULATION HEALTH, LLC,<br>EMED POPULATION HEALTH, INC.,<br>MICHAEL FERRO, and<br>JUSTIN DEARBORN,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:26-CV-23258

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> **EMED, LLC**
> **REGISTERED AGENT: CT CORPORATION SYSTEM**
> **1200 SOUTH PINE ISLAND ROAD**
> **PLANTATION, FL 33324**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **MACDONALD LAW, PLLC**
> **C/O KYLE T. MACDONALD, ESQ.**
> **420 SW 7TH STREET, SUITE 1118**
> **MIAMI, FL 33130**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 11, 2026

Angela E. Noble
Clerk of Court

SUMMONS

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| WENDI MADER, <br><br> *Plaintiff(s)* <br><br> v. <br><br> EMED, LLC, <br> EMED WEIGHT LOSS, LLC, <br> EMED POPULATION HEALTH, LLC, <br> EMED POPULATION HEALTH, INC., <br> MICHAEL FERRO, and <br> JUSTIN DEARBORN, <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No.  1:26-CV-23258 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

**EMED WEIGHT LOSS, LLC**
**REGISTERED AGENT: EMED, LLC**
**990 BISCAYNE BLVD, SUITE 1501**
**MIAMI, FL 33132**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**MACDONALD LAW, PLLC**
**C/O KYLE T. MACDONALD, ESQ.**
**420 SW 7TH STREET, SUITE 1118**
**MIAMI, FL 33130**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  May 11, 2026

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |  |
|---|---|---|
| WENDI MADER, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No.  1:26-CV-23258 |
| v. | ) ) ) | |
| EMED, LLC,<br>EMED WEIGHT LOSS, LLC,<br>EMED POPULATION HEALTH, LLC,<br>EMED POPULATION HEALTH, INC.,<br>MICHAEL FERRO, and<br>JUSTIN DEARBORN, | ) ) ) ) | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

**EMED POPULATION HEALTH, LLC**
**REGISTERED AGENT: EMED, LLC**
**990 BISCAYNE BLVD, SUITE 1501**
**MIAMI, FL 33132**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**MACDONALD LAW, PLLC**
**C/O KYLE T. MACDONALD, ESQ.**
**420 SW 7TH STREET, SUITE 1118**
**MIAMI, FL 33130**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: May 11, 2026

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

|  |  |  |
|---|---|---|
| WENDI MADER, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  1:26-CV-23258 |
| v. | ) ) ) | |
| EMED, LLC, EMED WEIGHT LOSS, LLC, EMED POPULATION HEALTH, LLC, EMED POPULATION HEALTH, INC., MICHAEL FERRO, and JUSTIN DEARBORN, | ) ) ) ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**EMED POPULATION HEALTH, INC.**
**REGISTERED AGENT: EMED, LLC**
**990 BISCAYNE BLVD, SUITE 1501**
**MIAMI, FL 33132**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**MACDONALD LAW, PLLC**
**C/O KYLE T. MACDONALD, ESQ.**
**420 SW 7TH STREET, SUITE 1118**
**MIAMI, FL 33130**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: May 11, 2026

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |  |
|---|---|---|
| WENDI MADER, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No.   1:26-CV-23258 |
| v. | ) ) ) | |
| EMED, LLC,<br>EMED WEIGHT LOSS, LLC,<br>EMED POPULATION HEALTH, LLC,<br>EMED POPULATION HEALTH, INC.,<br>MICHAEL FERRO, and<br>JUSTIN DEARBORN, | ) ) ) ) | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> **MICHAEL FERRO**
> **416 BRAZILIAN AVENUE**
> **PALM BEACH, FL 33480-4522**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **MACDONALD LAW, PLLC**
> **C/O KYLE T. MACDONALD, ESQ.**
> **420 SW 7TH STREET, SUITE 1118**
> **MIAMI, FL 33130**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  May 11, 2026

**SUMMONS**

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

<table>
<tr><td>WENDI MADER,<br><br><br><i>Plaintiff(s)</i><br>v.<br><br><br><br>EMED, LLC,<br>EMED WEIGHT LOSS, LLC,<br>EMED POPULATION HEALTH, LLC,<br>EMED POPULATION HEALTH, INC.,<br>MICHAEL FERRO, and<br>JUSTIN DEARBORN,<br><br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  1:26-CV-23258</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> **JUSTIN DEARBORN**
> **712 WEST SCHUBERT AVE**
> **CHICAGO, IL 60614-1507**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **MACDONALD LAW, PLLC**
> **C/O KYLE T. MACDONALD, ESQ.**
> **420 SW 7TH STREET, SUITE 1118**
> **MIAMI, FL 33130**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  May 11, 2026

**SUMMONS**

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court