**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-23258-BLOOM/Elfenbein**

WENDI MADER,

     Plaintiff,

v.

EMED, LLC; EMED WEIGHT
LOSS, LLC; EMED POPULATION
HEALTH, LLC; EMED POPULATION
HEALTH, INC.; MICHAEL FERRO; and
JUSTIN DEARBORN,

     Defendant.

_____/

## ORDER TO FILE PROOF OF SERVICE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants **within 90 days** after the filing of the complaint.[1] Plaintiff filed this action on May 8, 2026, *see* ECF No. [1], generating an **August 10, 2026**, service deadline. Summonses have been issued as to all Defendants, *see* ECF No. [3]. Defendants EMED, LLC; EMED POPULATION HEALTH, INC.; MICHAEL FERRO; and JUSTIN DEARBORN signed waivers of service. ECF Nos. [5]-[8]. Service has not been perfected on Defendants EMED WEIGHT LOSS, LLC; EMED POPULATION, LLC. Accordingly, it is **ORDERED AND ADJUDGED** that, within **seven (7) days** of perfecting service upon Defendants, Plaintiff shall file proof of such service with the Court.

---

[1] The 90-day timeframe does not apply to service of process upon parties in a foreign country. *See* Fed. R. Civ. P. 4(m) ("This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).").

Case No. 26-cv-23258-BLOOM/Elfenbein

Failure to effectuate service of a summons and the complaint on Defendants by the stated deadline will result in dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 11, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record