**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-23258-BLOOM/Elfenbein**

WENDI MADER,

      Plaintiff,

v.

EMED, LLC; EMED WEIGHT
LOSS, LLC; EMED POPULATION
HEALTH, LLC; EMED POPULATION
HEALTH, INC.; MICHAEL FERRO; and
JUSTIN DEARBORN,

      Defendant.

_____/

## ORDER ON DEFAULT PROCEDURES

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff filed the above-captioned action on May 8, 2026, ECF No. [1]. Summonses were issued as to Defendants EMED, LLC; EMED WEIGHT LOSS, LLC; EMED POPULATION HEALTH, LLC; EMED POPULATION HEALTH, INC.; MICHAEL FERRO; and JUSTIN DEARBORN ("Defendants") that same day. ECF No. [3]. Waivers of Service were returned executed by Defendants EMED, LLC; EMED POPULATION HEALTH, INC; MICHAEL FERRO; and JUSTIN DEARBORN on May 18, 2026, setting a response deadline of **July 17, 2026**. ECF Nos. [5]-[8]. To date, those Defendants have failed to answer or otherwise respond to the Complaint. Accordingly, it is **ORDERED AND ADJUDGED** that

    1.    Defendants EMED, LLC; EMED POPULATION HEALTH, INC; MICHAEL FERRO; and JUSTIN DEARBORN must file a response to the Complaint by or before **July 28, 2026**.

2.   If those Defendants fail to file any response to the Complaint, Plaintiff shall submit a Motion for Entry of Clerk's Default with respect to those Defendants no later than **August 4, 2026**, that includes the certificate of service indicating that notice of this Order was sent to Defendants, including the address or addresses to which it was sent.

3.   A Motion for Default Final Judgment shall be filed within seven (7) days of the entry of a Clerk's Default.[1]

4.   Plaintiff's failure to file a Motion for Clerk's Default or a Motion for Default Final Judgment within the specified times may result in **dismissal** without prejudice and without further notice as to the Defendant.

5.   Plaintiff is directed to serve a copy of this Order upon all defaulting Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 21, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

---

[1] Any motions for default final judgment must comply with the procedures described in the Court's Standing Order on Default Final Judgment, available under Attachments at https://www.flsd.uscourts.gov/content/judge-beth-bloom.