**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

WENDI MADER,

                Plaintiff,

v.                                                      Civil Action No. 1:26-cv-23258-BB

EMED LLC, *et al.*

                Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Olga Vieira, Esq. and Shalia Sakona, Esq. of the law firm Quinn Emanuel Urquhart & Sullivan, LLP hereby enter their appearances as counsel on behalf of Defendants eMed, LLC; eMed Population Health Inc.; Michael Ferro; and Justin Dearborn in the above-captioned action and request that copies of all further correspondence, notices, filings, and pleadings be served upon the undersigned.

I certify that I and Olga Vieira are admitted to practice in the Southern District of Florida.

DATED: July 21, 2026

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
/s/ *Shalia Sakona*
Olga Vieira (Fla. Bar No. 29783)
Shalia Marie Sakona (Fla. Bar No. 107398)
olgavieira@quinnemanuel.com
shaliasakona@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, Florida 33133
Telephone: (305) 402-4880

*Counsel for eMed, LLC*; *eMed Population Health, LLC*; *Michael Ferro*; *and Justin Dearborn*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of July, 2026, I electronically filed the foregoing

document with the Clerk of Court using CM/ECF.

/s/   *Shalia Sakona*
Shalia Marie Sakona
Fla. Bar No. 107398
shaliasakona@quinnemanuel.com