**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

WENDI MADER,

                Plaintiff,

v.                                                    Civil Action No. 1:26-cv-23258-BB

EMED LLC, *et al.*

                Defendants.

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE PAGE**
**LIMITS FOR BRIEFING ON THEIR OMNIBUS MOTION TO DISMISS**

THIS CAUSE came before the Court upon Defendants' Motion to Enlarge Page Limit for Briefing on their Omnibus Motion to Dismiss (the "Motion"). The Court has reviewed the motion, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1.      The Motion is **GRANTED**.

2.      The enlarged page limits for briefing on Defendants' Omnibus Motion to Dismiss shall be as follows:

- 35 double-spaced pages for Defendants' Omnibus Motion to Dismiss;

- 35 double-spaced pages for Plaintiff's Response in Opposition to Defendants' Omnibus Motion to Dismiss; and

- 17 double-spaced pages for Defendants' Reply Brief.

**DONE AND ORDERED** in Chambers in Miami, Florida, on July ___, 2026.

 

                                    _____
                                    BETH BLOOM
                                    UNITED STATES DISTRICT JUDGE

Copies to: Counsel of record