**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

WENDI MADER,

      Plaintiff,

  v.

EMED, LLC, EMED WEIGHT LOSS,
LLC, EMED POPULATION HEALTH,      Case No.: 1:26-CV-23258
LLC, EMED POPULATION HEALTH,
INC., MICHAEL FERRO, and JUSTIN
DEARBORN,

      Defendants.

---

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF**
**INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants eMed, LLC and eMed Population Health, Inc. file this Corporate Disclosure Statement and Certificate of Interested Parties and state:

1.     eMed, LLC is a Delaware LLC and the parent holding company of eMed Population Health, Inc.

2.     No publicly held company owns 10% or more of eMed, LLC or eMed Population Health, Inc.

3.     Based on Defendants' information and belief, the following list includes all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

     a.     eMed, LLC

     b.     eMed Population Health, Inc.

1

c.     Michael W. Ferro, Jr.

d.     Justin Dearborn

e.     Ott Lane Investments, LLC

f.     Ott Lane Trust U/A/D

g.     eMed Labs, LLC

h.     eMed Urgent Care, LLC

i.     eMed Screen, LLC

j.     eMed Women, LLC

k.     eMed Government, LLC

l.     520EM, LLC

m.     Museum 5701, LLC

n.     eMed Pharma, LLC

o.     eMed Healthcare Group Holdings, Limited

p.     eMed Healthcare UK, Limited

q.     eMed Healthcare Services UK Limited

r.     Babylon Healthcare Services Limited

s.     eMed Population Health Canada Limited

t.     eMed Population Health Australia Pty Ltd

u.     eMed Population Health Investments SPV, LLC

v.     Science 37 Holdings, LLC

w.     Science 37 LLC

x.     Science 37 Solutions Canada Inc.

y.     Science 37 UK Limited

z.     Science 37, s.r.o.

DATED:  July 27, 2026                    Respectfully submitted,


                                         QUINN EMANUEL URQUHART & SULLIVAN LLP

                                    By  /s/ Olga Vieira
                                    _____
                                    Olga Vieira (Fla. Bar No. 29873)
                                    Shalia Sakona (Fla. Bar No. 107398)
                                    2601 South Bayshore Drive, Suite 1550
                                    Miami, FL 33133
                                    Telephone: (305) 402-4880
                                    olgavieira@quinnemanuel.com
                                    shaliasakona@quinnemanuel.com

                                    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of July 2026, a true and correct copy of the foregoing document was electronically transmitted to all counsel of record via the CM/ECF system.  I further certify that a true and correct copy of the foregoing document was served by e-mail on this 27th day of July 2026, to:

Kyle T. MacDonald
**MACDONALD LAW, PLLC**
420 SW 7th Street, Suite 1118
Miami, FL 33130
Tel: (786) 500-9675
Email: kyle@macdonaldemploymentlaw.com

*Counsel for Plaintiff*

                                    By:  /s/ Olga Vieira
                                    Olga Vieira
                                    Florida Bar No. 29873
                                    olgavieira@quinnemanuel.com

3