**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

WENDI MADER,

      Plaintiff,

  v.

EMED, LLC, EMED WEIGHT LOSS,
LLC, EMED POPULATION HEALTH,
LLC, EMED POPULATION HEALTH,
INC., MICHAEL FERRO, and JUSTIN
DEARBORN,

      Defendants.

Case No.: 1:26-CV-23258

---

**[PROPOSED] ORDER GRANTING DEFENDANTS' OMNIBUS MOTION TO DISMISS**

This matter came before the Court on Defendants eMed, LLC, eMed Population Health, Inc., Michael Ferro, and Justin Dearborn's Omnibus Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion"). Having fully considered the Motion, the exhibits attached thereto, Plaintiff's Response, Defendants' Reply, and the arguments of counsel presented at oral argument on [DATE], it is hereby ORDERED AND ADJUDGED:

1.     The Motion is GRANTED.

2.     Plaintiff Wendi Mader's Complaint is DISMISSED WITH PREJUDICE.

      **IT IS SO ORDERED**

Dated: _____

                                _____
                                  Hon. Beth Bloom.
                                  United States District Judge

Copies furnished to all counsel of record.