**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

WENDI MADER,

      Plaintiff,                              CASE NO.: 1:26-CV-23258-BB

    v.

EMED, LLC,
EMED POPULATION HEALTH, INC.,
f/k/a EMED POPULATION HEALTH, LLC,
f/k/a EMED WEIGHT LOSS, LLC,
MICHAEL FERRO, and
JUSTIN DEARBORN,

      Defendants.
_____/

## <u>PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS<br>AND CORPORATE DISCLOSURE STATEMENT</u>

Plaintiff, WENDI MADER ("Plaintiff' or "Ms. Mader"), by and through her undersigned counsel, hereby submits the following complete list of interested persons and corporations in this action, as required by the Court's May 11, 2026, Order:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

     **a.**     **WENDI MADER,** *Plaintiff*
             **c/o MacDonald Law, PLLC**
             **420 SW 7th Street, Suite 1118**
             **Miami, FL 33130**

b. **EMED, LLC,** *Defendant*
**c/o Quinn Emanuel Urquhart & Sullivan, LLP**
**2601 South Bayshore Drive, Suite 1550**
**Miami, Florida 33133**

c. **EMED POPULATION HEALTH, INC., f/k/a EMED POPULATION
HEALTH, LLC, f/k/a EMED WEIGHT LOSS, LLC,** *Defendant*
**c/o Quinn Emanuel Urquhart & Sullivan, LLP**
**2601 South Bayshore Drive, Suite 1550**
**Miami, Florida 33133**

d. **MICHAEL FERRO,** *Defendant*
**c/o Quinn Emanuel Urquhart & Sullivan, LLP**
**2601 South Bayshore Drive, Suite 1550**
**Miami, Florida 33133**

e. **JUSTIN DEARBORN,** *Defendant*
**c/o Quinn Emanuel Urquhart & Sullivan, LLP**
**2601 South Bayshore Drive, Suite 1550**
**Miami, Florida 33133**

f. **Kyle T. MacDonald, Esq.,** *Counsel for Plaintiff*
**MacDonald Law, PLLC**
**420 SW 7th Street, Suite 1118**
**Miami, FL 33130**

g. **MacDonald Law, PLLC,** *Counsel for Plaintiff*
**420 SW 7th Street, Suite 1118**
**Miami, FL 33130**

h. **Olga Vieira, Esq.,** *Counsel for Defendants*
**Quinn Emanuel Urquhart & Sullivan, LLP**
**2601 South Bayshore Drive, Suite 1550**
**Miami, Florida 33133**

i. **Shalia Sakona, Esq.,** *Counsel for Defendants*
**Quinn Emanuel Urquhart & Sullivan, LLP**
**2601 South Bayshore Drive, Suite 1550**
**Miami, Florida 33133**

j. **Quinn Emanuel Urquhart & Sullivan, LLP,** *Counsel for Defendants*
**2601 South Bayshore Drive, Suite 1550**
**Miami, Florida 33133**

k.   **Ott Lane Investments, LLC**
**c/o Quinn Emanuel Urquhart & Sullivan, LLP**
**2601 South Bayshore Drive, Suite 1550**
**Miami, Florida 33133**

l.   **Ott Lane Trust U/A/D**
**c/o Quinn Emanuel Urquhart & Sullivan, LLP**
**2601 South Bayshore Drive, Suite 1550**
**Miami, Florida 33133**

m.   **eMed Labs, LLC**
**c/o Quinn Emanuel Urquhart & Sullivan, LLP**
**2601 South Bayshore Drive, Suite 1550**
**Miami, Florida 33133**

n.   **eMed Urgent Care, LLC**
**c/o Quinn Emanuel Urquhart & Sullivan, LLP**
**2601 South Bayshore Drive, Suite 1550**
**Miami, Florida 33133**

o.   **eMed Screen, LLC**
**c/o Quinn Emanuel Urquhart & Sullivan, LLP**
**2601 South Bayshore Drive, Suite 1550**
**Miami, Florida 33133**

p.   **eMed Women, LLC**
**c/o Quinn Emanuel Urquhart & Sullivan, LLP**
**2601 South Bayshore Drive, Suite 1550**
**Miami, Florida 33133**

q.   **eMed Government, LLC**
**c/o Quinn Emanuel Urquhart & Sullivan, LLP**
**2601 South Bayshore Drive, Suite 1550**
**Miami, Florida 33133**

r.   **520EM, LLC**
**c/o Quinn Emanuel Urquhart & Sullivan, LLP**
**2601 South Bayshore Drive, Suite 1550**
**Miami, Florida 33133**

s.   **Museum 5701, LLC**
**c/o Quinn Emanuel Urquhart & Sullivan, LLP**
**2601 South Bayshore Drive, Suite 1550**
**Miami, Florida 33133**

t.      **eMed Pharma, LLC**
        **c/o Quinn Emanuel Urquhart & Sullivan, LLP**
        **2601 South Bayshore Drive, Suite 1550**
        **Miami, Florida 33133**

u.      **eMed Healthcare Group Holdings, Limited**
        **c/o Quinn Emanuel Urquhart & Sullivan, LLP**
        **2601 South Bayshore Drive, Suite 1550**
        **Miami, Florida 33133**

v.      **eMed Healthcare UK, Limited**
        **c/o Quinn Emanuel Urquhart & Sullivan, LLP**
        **2601 South Bayshore Drive, Suite 1550**
        **Miami, Florida 33133**

w.      **eMed Healthcare Services UK Limited**
        **c/o Quinn Emanuel Urquhart & Sullivan, LLP**
        **2601 South Bayshore Drive, Suite 1550**
        **Miami, Florida 33133**

x.      **Babylon Healthcare Services Limited**
        **c/o Quinn Emanuel Urquhart & Sullivan, LLP**
        **2601 South Bayshore Drive, Suite 1550**
        **Miami, Florida 33133**

y.      **eMed Population Health Canada Limited**
        **c/o Quinn Emanuel Urquhart & Sullivan, LLP**
        **2601 South Bayshore Drive, Suite 1550**
        **Miami, Florida 33133**

z.      **eMed Population Health Australia Pty Ltd**
        **c/o Quinn Emanuel Urquhart & Sullivan, LLP**
        **2601 South Bayshore Drive, Suite 1550**
        **Miami, Florida 33133**

aa.     **eMed Population Health Investments SPV, LLC**
        **c/o Quinn Emanuel Urquhart & Sullivan, LLP**
        **2601 South Bayshore Drive, Suite 1550**
        **Miami, Florida 33133**

bb.     **Science 37 Holdings, LLC**
        **c/o Quinn Emanuel Urquhart & Sullivan, LLP**
        **2601 South Bayshore Drive, Suite 1550**
        **Miami, Florida 33133**

**cc.** **Science 37 LLC**
**c/o Quinn Emanuel Urquhart & Sullivan, LLP**
**2601 South Bayshore Drive, Suite 1550**
**Miami, Florida 33133**

**dd.** **Science 37 Solutions Canada Inc.**
**c/o Quinn Emanuel Urquhart & Sullivan, LLP**
**2601 South Bayshore Drive, Suite 1550**
**Miami, Florida 33133**

**ee.** **Science 37 UK Limited**
**c/o Quinn Emanuel Urquhart & Sullivan, LLP**
**2601 South Bayshore Drive, Suite 1550**
**Miami, Florida 33133**

**ff.** **Science 37, s.r.o.**
**c/o Quinn Emanuel Urquhart & Sullivan, LLP**
**2601 South Bayshore Drive, Suite 1550**
**Miami, Florida 33133**

2.	The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

**None.**

3.	The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases.

**None.**

4.	The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

**a.** **Wendi Mader,** *Plaintiff*

Respectfully submitted,

/s/ Kyle T. MacDonald
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749

**MACDONALD LAW, PLLC**
420 SW 7th Street, Suite 1118
Miami, FL 33130
Tel: (786) 500-9675
Email: kyle@macdonaldemploymentlaw.com

6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of August, 2026, a true and correct copy of the foregoing document was served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.