**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

WENDI MADER,

                Plaintiff,

v.

EMED LLC, *et al.*

                Defendants.

Civil Action No. 1:26-cv-23258-BB

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE PAGE LIMITS FOR BRIEFING ON THEIR OMNIBUS MOTION TO DISMISS AMENDED COMPLAINT**

THIS CAUSE came before the Court upon Defendants' Motion to Enlarge Page Limit for Briefing on their Omnibus Motion to Dismiss the Amended Complaint (the "Motion"). The Court has reviewed the motion, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1.      The Motion is **GRANTED**.

2.      The enlarged page limits for briefing on Defendants' Omnibus Motion to Dismiss the Amended Complaint shall be as follows:

- 35 double-spaced pages for Defendants' Omnibus Motion to Dismiss;

- 35 double-spaced pages for Plaintiff's Response in Opposition to Defendants' Omnibus Motion to Dismiss; and

- 17 double-spaced pages for Defendants' Reply Brief.

      **DONE AND ORDERED** in Chambers in Miami, Florida, on August ___, 2026.

                                      BETH BLOOM
                                      UNITED STATES DISTRICT JUDGE

Copies to: Counsel of record