# EXHIBIT 1

eMed™

Via email
Wendi.mader@emed.com

August 8, 2024

Wendi Mader
Miami, FL

Re: Offer of Employment

Dear Wendi:

It is with great pleasure eMed Weight Loss, LLC, ("eMed" or "Company") extends to you this offer of employment. This letter sets forth eMed's offer to you on the following terms:

1. **Position:** CEO, eMed Weight Loss, LLC
   a. As a member of a small team in an entrepreneurial environment, you will be involved in all aspects of the business. This position will be responsible for, but not be limited to, developing the strategy and execution priorities, leveraging business relationships, and driving revenue and profitability growth for the business.

2. **Location:** Miami, FL 33132.

3. **Start Date:** August 5, 2024.

4. **Reporting Relationship:** This position reports to the Member/Manager of eMed, LLC.

5. **Compensation:**
   **a. Salary:** $16,666.67 gross paid semi-monthly; this is equivalent to $400,000 gross per annum. Your position is classified as exempt and therefore not eligible for overtime.
   **b. Annual Discretionary Bonus:** Up to 100% of your eligible salary, earned upon meeting individual objectives and Company milestones to be mutually agreed upon.

6. **Transaction Bonus Plan:** You will be eligible to participate in the attached eMed Weight Loss, LLC Transaction Bonus Plan (the "Plan"), a draft of which is attached. The Participation Percentage for your Award, as outlined in the Award Agreement of the attached Plan (and which will used to calculate the Bonus Amount payable to you in accordance with the Plan) will be ten percent (10%).

7. **Benefits Summary:** You will be eligible to participate in the standard eMed benefit plan, which is subject to modification by eMed.
   **a. Health Insurance:** You and your eligible dependents will be eligible for health care benefits commencing on the first day of employment. Health benefit options include medical, dental, vision, health savings account, health and dependent care flexible spending accounts, and life insurance. Depending on the plan, eMed pays a percentage of premiums on behalf of the employee.
   **b. Short Term and Long Term Disability**: The company pays for short term and long term disability insurance.
   **c. Life & AD&D Insurance:** The company pays for $50,000 of life and accidental death and dismemberment insurance.
   **d. 401(k):** Participation in the 401(k) plan is available on your start date. Subject to applicable IRS limitations, eMed currently matches 100% of employee's contribution up to 5% of the employee's annual salary.
   **e. PTO:** eMed offers Paid Time Off (PTO) to all employees and you will start accruing PTO from your date of hire at a rate of 6.67 hours of PTO per pay period or the equivalent of 20 days of PTO in your first year of employment. PTO must be approved in advance by the manager.
   **f. Paid Holidays:** 8 paid holidays per year.

8. **Other Compensation:**
   **a. Cell phone allowance:** $100, paid monthly via normal paycheck.

9. **Employment at Will:** This offer of employment does not constitute an employment agreement but sets forth the general terms upon which you will be offered employment by eMed. Your employment will be "at-will" and both eMed and you retain the right to terminate the employment relationship at any time without cause.

10. **Relocation Assistance:** The Company agrees to provide seventy-five thousand dollars ($75,000.00) as a lump sum payment to assist with your relocation to the Miami, FL area and no later than September 3, 2024 ("Relocation Assistance"). If you voluntarily terminate or are terminated for cause from the Company within eighteen (18) months after accepting this offer, you agree to repay to the Company the full amount of the Relocation Assistance provided to you.

11. **No Restrictions:** By executing this offer, you warrant that you are not under other employment obligations and you are not contractually prohibited or precluded from accepting an employment offer from eMed.

If the above terms are satisfactory, please email back this signed offer letter and to Ken Finneran, VP of Human Resources at Ken@emed.com. If you have any questions regarding this offer, please contact me directly at ken@emed.com.

The undersigned agrees that to no representations, warranties, conditions, or agreements, oral or written, express or implied, have been made except as expressly provided herein. This offer contains the entire terms and conditions of employment by eMed and supersedes and cancels any and all prior or contemporaneous oral or written understandings, negotiations and agreements

Sincerely,

DocuSigned by:
Ken Finneran
E8EB61AD70D849C...
Ken Finneran
VP, Human Resources

ACKNOWLEDGED AND AGREED

Wendi Mader
______________________________
Signature

Wendi Mader
______________________________
Printed Name

8/10/2024
______________________________
Date