# EXHIBIT 4

# Re: Change of Role and Equity Proposal Feedback

**ken@emed.com Kenneth Finneran** Thursday, July 10, 2025 at 8:32:31 AM Pacific Daylight Time
To: wendi.mader@emed.com Wendi Mader

Wendi,

Thank you for your email.

As I'm sure you can appreciate, I will need to escalate these concerns. I hope to be able to get back to you by tomorrow at the latest with a response.

Best regards,

Ken

On Thu, 10 Jul 2025 at 11:18, Wendi Mader <wendi.mader@emed.com> wrote:

> Hi Ken,
>
> I've reviewed the updated offer letter and want to express my concerns directly and candidly before proceeding further.
>
> This new document proposes significant changes to my role, title, reporting structure, and compensation upside all in the immediate wake of a $100 million investment made directly into the business I've led. That investment valued the business at $2 billion, a milestone that was reached not by accident, but through intentional leadership, fast execution, and disciplined strategy all of which I've spearheaded as CEO of eMed Weight Loss, LLC.
>
> 1. The Title and Reporting Change Is a Demotion, Not a Promotion
>
>    Moving from CEO to President, and placing me under another executive in a new structure, is not a lateral move, it's a material downgrade in responsibility and authority, especially at a time when my leadership just contributed to the strategic relationship with our partner Aon. I led the team that built and launched a brand-new product in an extremely short window of time, delivered a successful program launch from nothing in late August to a launch in January that exceeded the expectations of our future investors, and thus leading to the very investment that now seems to be the context for this shift. It was a mess that needed to be cleaned up and I provided the leadership to make that happen, it's hard not to view this offer as diminishing the value of that contribution.
>
> 2. Elimination of the Transaction Bonus
>
>    My original offer included a 10% participation in a defined Transaction Bonus Plan. The new offer replaces this with unissued, board-dependent stock options in a not-yet-existent plan. This is not equivalent; it's speculative, diluted, and undefined. I cannot accept that kind of ambiguity in place of hard-earned and previously agreed-upon compensation.
>
> I remain deeply committed to the mission and long-term success of eMed. But I cannot proceed under terms that minimize or erase my contributions, nor accept diminished authority or speculative compensation structures after delivering tangible enterprise value.
>
> I would like to set time to speak directly and transparently about how to reconcile this. I'm hopeful we can find alignment.
>
>
> --

**Wendi Mader**
CEO

**M:** +1.913.575.3694
**E:** wendi.mader@emed.com
**A:** 990 Biscayne Blvd, Suite 1501 | Miami, FL 33132
**W:** www.emed.com

eMed®

*This communication may contain information that is proprietary, confidential, or exempt from disclosure. If you are not the intended recipient, please note that any other dissemination, distribution, use, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.*