**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

WENDI MADER,

Plaintiff,

v.

EMED, LLC, EMED WEIGHT LOSS, LLC, EMED POPULATION HEALTH, LLC, EMED POPULATION HEALTH, INC., MICHAEL FERRO, and JUSTIN DEARBORN,

Defendants.

Case No.: 1:26-CV-23258

---

**[PROPOSED] ORDER GRANTING DEFENDANTS' OMNIBUS MOTION TO DISMISS AMENDED COMPLAINT**

This matter came before the Court on Defendants eMed, LLC, eMed Population Health, Inc., Michael Ferro, and Justin Dearborn's Omnibus Motion to Dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion"). Having fully considered the Motion, the exhibits attached thereto, Plaintiff's Response, Defendants' Reply, and the arguments of counsel presented at oral argument, the Court GRANTS Defendants' Omnibus Motion to Dismiss the Amended Complaint.

Plaintiff Wendi Mader's Amended Complaint is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**

Dated: ______________________

______________________________
Hon. Jeffrey T. Kuntz
United States District Judge