**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| WENDI MADER,<br><br>Plaintiff,<br><br>v.<br><br>EMED LLC, *et al.*<br><br>Defendants. | Civil Action No. 1:26-cv-23258-BB |

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF DEADLINE TO FILE REPLY BRIEF IN SUPPORT OF OMNIBUS MOTION TO DISMISS AMENDED COMPLAINT**

Defendants eMed, LLC; eMed Population Health Inc.; Michael Ferro; and Justin Dearborn (collectively, the "Defendants") seek an eight-day enlargement of time within which to file their Reply Brief in support of their Omnibus Motion to Dismiss Plaintiff's Amended Complaint (the "Motion to Dismiss"), up through and including Friday September 18, 2026, and state:

1. Defendants filed their Motion to Dismiss [D.E. 23] on August 20, 2026, Plaintiff filed her Response in Opposition to the Motion to Dismiss [D.E. 24] on September 3, 2026.

2. Defendants Reply Brief in further support of their Motion to Dismiss is currently due September 10, 2026.

3. The undersigned has a three-day evidentiary hearing in Chicago next week from September 8-10, 2026 on her client's Motion for Preliminary Injunction in the matter styled *Segall, Bryant & Hamill, LLC et al. v. Ralph Segall*, Case No. 2026CH00697 Cook County Cir. Ct.). Additional team members also have personal conflicts as a result of the Labor Day holiday weekend, in addition to the press of other business.

4. The Amended Complaint in this matter purports to assert 22 Counts, and Defendants have moved to dismiss each and every claim. Pursuant to prior leave of this Court, Defendants' opening brief was 35 pages, Plaintiff's opposition brief was also 35 pages, and Defendants are allotted 17 pages for their Reply Brief.

5. Defendants require additional time to research and prepare their Reply Brief in further support of the Motion to Dismiss.

6. Accordingly, Defendants request an eight-day enlargement of their deadline for filing their Reply Brief in further support of their Motion to Dismiss, up through and including Friday September 18, 2026.

7. This Motion is made in good faith and not for purposes of delay and no party will be prejudiced by the brief extension sought. Plaintiff has agreed to the requested relief.

WHEREFORE, for the foregoing reasons, the Defendants respectfully request that the Court grant the Defendants' Unopposed Motion and enter an order enlarging their deadline within which to file their Reply Brief in Support of their Omnibus Motion to Dismiss the Amended Complaint by eight days, up through and including Friday September 18, 2026.

**Local Rule 7.1(a)(3) Certification**

Pursuant to Local Rule 7.1(a)(3), Defendants' counsel conferred with Plaintiff's counsel on September 4, 2026 regarding the relief sought in this Motion. Plaintiff agrees to the relief sought herein.

Dated: September 4, 2026 Respectfully submitted,

By: */s/ Shalia Sakona*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Olga Vieira
Florida Bar No. 29783

olgavieira@quinnemanuel.com
Shalia Sakona
Florida Bar No. 107398
shaliasakona@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, Florida 33133
Telephone: (305) 402-4880

*Counsel for eMed, LLC; eMed Population Health, Inc.; Michael Ferro; and Justin Dearborn*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 4th day of September, 2026, the foregoing was filed electronically and notification of this filing is to be provided to counsel of record by the Court's ECF filing system.

*/s/ Shalia Sakona*
Shalia Sakona
Florida Bar No. 107398