**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

WENDI MADER,

Plaintiff,

v.

EMED LLC, *et al.*

Defendants.

Civil Action No. 1:26-cv-23258-JK

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ENLARGE THEIR DEADLINE FOR FILING REPLY BRIEF IN SUPPORT OF THEIR OMNIBUS MOTION TO DISMISS THE AMENDED COMPLAINT**

THIS CAUSE came before the Court upon Defendants' Unopposed Motion to Enlarge the Deadline for Filing their Reply Brief in Support of their Omnibus Motion to Dismiss the Amended Complaint (the "Motion"). The Court has reviewed the motion, and being otherwise fully advised in the premises, including the agreement of the Parties, it is hereby ORDERED AND ADJUDGED that:

1. The Motion is **GRANTED**.

2. Defendants' deadline for filing their Reply Brief in further support of their Omnibus Motion to Dismiss the Amended Complaint is enlarged by eight days, up through and including September 18, 2026.

**DONE AND ORDERED** in Chambers in Miami, Florida, on September ___, 2026.

JEFFREY T. KUNTZ
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of record

\