**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

WENDI MADER,

Plaintiff, CASE NO.: 1:26-CV-23258-JTK

v.

EMED, LLC,
EMED POPULATION HEALTH, INC.,
f/k/a EMED POPULATION HEALTH, LLC,
f/k/a EMED WEIGHT LOSS, LLC,
MICHAEL FERRO, and
JUSTIN DEARBORN,

Defendants.
_______________________________________/

**JOINT NOTICE OF SELECTION OF MEDIATOR AND SCHEDULING OF MEDIATION**

Plaintiff, WENDI MADER, and Defendants, EMED, LLC, EMED POPULATION HEALTH, INC., MICHAEL FERRO, and JUSTIN DEARBORN (collectively, the "Parties"), pursuant to the Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Discovery to Magistrate Judge [ECF No. 27] and Local Rule 16.2, hereby give notice that they have selected Shane Muñoz, Esq., to serve as mediator in this matter.

The mediation is scheduled for December 16, 2026, at 10:00 a.m., at the offices of Quinn Emanuel Urquhart & Sullivan, LLP, 2601 South Bayshore Drive, 15th Floor, Miami, Florida 33133. A proposed Order Scheduling Mediation is attached as Exhibit A.

Dated this 4th day of November, 2026,


*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749

MacDonald Law, PLLC
420 SW 7th Street, Suite 1118
Miami, FL 33130
Tel: (786) 500-9675
kyle@macdonaldemploymentlaw.com

*Counsel for Plaintiff*

*/s/ Shalia Sakona*
Shalia Marie Sakona, Esq.
Florida Bar No.: 107398

Quinn Emanuel Urquhart & Sullivan, LLP
2601 South Bayshore Drive, Suite 1550
Miami, Florida 33133
Tel: (305) 402-4880
shaliasakona@quinnemanuel.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of November, 2026, a true and correct copy of the foregoing document was served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.