**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

WENDI MADER,

Plaintiff, CASE NO.: 1:26-CV-23258-JTK

v.

EMED, LLC,
EMED POPULATION HEALTH, INC.,
f/k/a EMED POPULATION HEALTH, LLC,
f/k/a EMED WEIGHT LOSS, LLC,
MICHAEL FERRO, and
JUSTIN DEARBORN,

Defendants.
_________________________________________/

**PROPOSED ORDER SCHEDULING MEDIATION**

THIS CAUSE is before the Court on the Parties' Joint Notice of Selection of Mediator and Scheduling of Mediation [ECF No. ___]. The mediation conference in this matter shall be held with Shane Muñoz, Esq., on December 16, 2026, at 10:00 a.m., at the offices of Quinn Emanuel Urquhart & Sullivan, LLP, 2601 South Bayshore Drive, 15th Floor, Miami, Florida 33133.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida, on this _____ day of _______________, 2026.

___________________________________
THE HONORABLE JEFFREY T. KUNTZ
UNITED STATES DISTRICT JUDGE

*Copies Furnished to All Counsel of Record*