**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-23258-KUNTZ**

**WENDI MADER,**

Plaintiff,

v.

**EMED, LLC,** *et al.*,

Defendants.
____________________________________/

**ORDER SCHEDULING MEDIATION**

The parties shall attend mediation with Mediator, Shane Muñoz, Esq., on **December 16, 2026 at 10:00 a.m.** at the offices of Quinn Emanuel Urquhart & Sullivan, LLP, 2601 South Bayshore Drive, 15th Floor, Miami, Florida 33133. Further, the parties shall submit a mediation report by December 23, 2026.

**DONE** in Chambers in Fort Lauderdale, Florida on November 5, 2026.

JEFFREY T. KUNTZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record